IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Parallel Networks, LLC,

    Plaintiff,

v.

Abercrombie & Fitch Co, et al.

    Defendants

No. 6:10-cv-00111-LED

Jury Trial Demanded

## PLAINTIFF'S ANSWER TO THE COUNTERCLAIMS OF KAYAK SOFTWARE CORPORATION

Plaintiff Parallel Networks, LLC ("Parallel Networks") hereby answers the counterclaims [Dkt. No. 119] of Defendant Kayak Software Corporation ("Kayak"), by corresponding paragraph number as follows:

### The Parties

147.     Admitted.

148.     Admitted.

### Jurisdiction

149.     Admitted.

150.     Admitted.

### Count I

### Declaratory Relief Regarding Non-Infringement

151.     Admitted.

152.     Admits that Kayak purports to seek declaratory relief that it does not directly or indirectly infringe any claim of United States Patent No. 6,446,111 ("the '111 Patent"), but denies that Kayak is entitled to such relief, or any further relief.

## Count II

### Declaratory Relief Regarding Invalidity

153. Admitted.

154. Admits that Kayak purports to seek declaratory relief that one or more of the claims of the '111 Patent are invalid, but denies that Kayak is entitled to such relief, or any further relief.

## Count III

### Declaratory Relief Regarding Unenforceability

155. Admitted.

156. Admits that Kayak purports to seek declaratory relief that the claims of the '111 Patent are unenforceable, but denies that Kayak is entitled to such relief, or any further relief.

## PRAYER

Parallel Networks denies that Kayak is entitled to any relief, including that requested in its Prayer for Relief.

## JURY DEMAND

Kayak's Jury Demand is an averment to which no responsive pleading is required.

Dated: June 28, 2010                      Respectfully submitted,

By: /s/ Andrew W. Spangler
     Andrew W. Spangler
     State Bar No. 24041960
     Spangler Law P.C.
     208 N. Green St., Suite 300
     Longview, TX 75601
     Telephone: (903) 753-9300
     Facsimile: (903) 553-0403

Email:spangler@spanglerlawpc.com

ATTORNEY FOR PLAINTIFF
PARALLEL NETWORKS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 28th day of June, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Andrew W. Spangler
Andrew W. Spangler