IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PARALLEL NETWORKS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | C.A. No. 6:10-cv-00111-LED |
| v. | § | |
| | § | Jury Trial Demanded |
| ABERCROMBIE & FITCH CO., et al., | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

Plaintiff Parallel Networks, LLC, on the one hand, and defendant Euromarket Designs, Inc. d/b/a Crate & Barrel, on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Parallel Networks, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against Euromarket Designs, Inc. d/b/a Crate & Barrel, and Euromarket Designs, Inc. d/b/a Crate & Barrel stipulates to the dismissal without prejudice of all counterclaims and defenses asserted in this case against Parallel Networks, LLC.

Dated: August 30, 2010                              Respectfully submitted,

                                                                        By: /s/ Andrew W. Spangler
                                                                         Andrew W. Spangler
                                                                         State Bar No. 24041960
                                                                         Spangler Law P.C.
                                                                         208 N. Green St., Suite 300
                                                                         Longview, TX 75601
                                                                         Telephone: (903) 753-9300
                                                                         Facsimile: (903) 553-0403
                                                                         Email:spangler@spanglerlawpc.com

George S. Bosy (*pro hac vice*)
David R. Bennett (*pro hac vice*)
Bosy & Bennett
3712 N. Broadway
P.O. Box 659
Chicago, IL 60613
Telephone: (773) 281-3826
Email: gbosy@bosybennett.com
           dbennett@bosybennett.com

ATTORNEYS FOR PLAINTIFF
PARALLEL NETWORKS, LLC


By:  /s/ William J. Lenz
     (signed by permission)
     Scott Stevens
     Texas Bar No. 00792024
     Stevens, Love, Hill & Holt, PLLC
     P.O. Box 3427
     Longview, Texas  75606-3427
     (903) 753-6760 – Telephone
     (903) 753-6761 – Facsimile

     Michael G. Kelber (pro hac vice)
     William J. Lenz (pro hac vice)
     Lawrence E. James, Jr. (pro hac vice)
     Neal Gerber & Eisenberg, LLP
     2 North LaSalle Street
     Suite 1700
     Chicago, Illinois  60602
     (312) 269-8000 – Telephone
     (312) 269-1747 – Facsimile

     ATTORNEYS FOR DEFENDANT,
     EUROMARKET DESIGNS, INC.
     d/b/a CRATE & BARREL

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 30th day of August, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                    /s/ Andrew W. Spangler
                                    Andrew W. Spangler