# Exhibit 3

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| PARALLEL NETWORKS, LLC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> ABERCROMBIE & FITCH CO. et al., <br><br> Defendants/Counterclaimants. | Civil Action No. 6:10-cv-111-LED |

**AMAZON.COM, INC.'S**
**NOTICE OF RULE 30(B)(6) DEPOSITION OF**
**PLAINTIFF PARALLEL NETWORKS, LLC**

TO: Parallel Networks, LLC
c/o George Bosy and David Bennett
BOSY & BENNETT
300 North LaSalle Street, 49th Floor
Chicago, IL 60654

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Amazon.com, Inc. will take the deposition on oral examination of Parallel Networks, LLC ("PN") by or through one or more of its officers, directors, managing agents, or other persons who consent to testify on PN's behalf concerning the matters identified in attached Schedule A.

The deposition will commence at 9:00 A.M. on January 18, 2011 at the offices of Fish & Richardson P.C., 1717 Main Street, Suite 5000, Dallas, Texas 75201, and continue day-to-day from that time and in that place until completed, or at such other time and place as may be mutually agreed by counsel.

The deposition will be taken before a court reporter or other person authorized to administer oaths, will be conducted in accordance with the Federal Rules of Civil Procedure, may be recorded stenographically, and may be recorded using audio and/or visual means. Furthermore, the testimony may be transcribed and shown in real-time for attorneys physically present at the deposition.

You are invited to attend and cross-examine.

Dated:  December 21, 2010                           **AMAZON.COM, INC.**

By its attorneys,

*/s/ Stephen A. Marshall*_____
Ruffin B. Cordell
Michael J. McKeon
Indranil Mukerji
**FISH & RICHARDSON P.C.**
1425 K Street NW, Suite 1100
Washington, DC 20005
Tel: 202-783-5070
Fax: 202-783-2331

Stephen A. Marshall
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Tel:  617-542-5070
Fax:  617-542-8906

2

## **SCHEDULE A**

### Definitions

A.   "**PN**" shall mean and refer to Plaintiff Parallel Networks, LLC and all others acting for or on behalf of Parallel Networks, LLC, including without limitation, its current and former officers, directors, employees, attorneys, partners, corporate parent(s), subsidiaries, predecessors, successors, and/or affiliates, including without limitation, epicRealm Operating, Inc.

B.   "**Present Lawsuit**" shall mean and refer to the instant action, Civil Action No. 6:10-cv-111 (LED) pending before the United States District Court for the Eastern District of Texas.

C.   "**Prior Lawsuit**" shall mean and refer to that certain action, Civil Action No. 6:09-cv-154 (LED), brought before the United States District Court for the Eastern District of Texas.

D.   "**The '111 patent**" shall mean and refer to U.S. Patent No. 6,446,111, the patent asserted in the Present Lawsuit and the Prior Lawsuit.

E.   "**Amazon**" shall mean and refer to Amazon.com, Inc.

F.   "**Accused Product List**" shall mean and refer to the "Accused Instrumentalities" identified in the Infringement Contentions.

G.   "**Infringement Contentions**" shall mean and refer to the document titled "Plaintiff's Disclosure of Asserted Claims and Contentions," e-mailed to Amazon's attorneys on October 5, 2009 in the Prior Lawsuit, including all attachments thereto (including any hardcopy attachments sent by mail or otherwise made available) and the document titled "Plaintiff's Disclosure of Asserted Claims and Contentions" e-mailed to Amazon's attorneys on September 13, 2010 in the Present Lawsuit, including all attachments thereto (including any hardcopy attachments sent by mail or otherwise made available).

H.   "**Accused Amazon Technology**" and "**Accused Amazon Technologies**" shall mean and refer to all products, services, web sites, and technologies allegedly created by, licensed by, used by, or otherwise originating from, Amazon that PN accuses of directly or indirectly infringing any claim of the '111 patent, or of being used by any customer of Amazon in constructing or operating an allegedly infringing system, including without limitation, all products, services, web sites, and technologies identified or referred to in purported relation to Amazon in PN's Accused Product List and/or in PN's Infringement Contentions.

(Topics for Deposition on next page)

Topics For Deposition

1. The complete basis and foundation for PN's contentions that Amazon infringes, directly or indirectly, literally or under the doctrine of equivalents, any asserted claim of the '111 patent, through the manufacture, use, offer for sale, sale, and/or importation of its Accused Amazon Technology or otherwise, and any documents or things related thereto.

2. PN's Infringement Contentions, the complete basis and foundation therefor, and any documents or things related thereto.

3. PN's understanding of the specific identity, structure, operation, architecture, and function of each Accused Amazon Technology which PN contends allegedly infringes any asserted claim of the '111 patent.

4. PN's contention as to whether each of the Accused Amazon Technologies, alone or in combination, practices each and every limitation of the asserted claims of the '111 patent, the basis and foundation therefore, and any documents or things related thereto.

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on December 21, 2010 true and correct copies of the foregoing **AMAZON.COM, INC.'S NOTICE OF RULE 30(B)(6) DEPOSITION OF PLAINTIFF PARALLEL NETWORKS, LLC** (including any attachments) were sent by electronic mail to counsel for Plaintiff.

                                                               /s/ Stephen A. Marshall
                                                              Stephen A. Marshall