# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| PARALLEL NETWORKS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ABERCROMBIE & FITCH CO., et al., <br><br> Defendants. | Civil Case No. 6:10-cv-111-LED <br> Hon. Leonard E. Davis |

### ORDER GRANTING AMAZON.COM, INC.'S MOTION TO COMPEL RULE 30(b)(6) DEPOSITION OF PLAINTIFF PARALLEL NETWORKS, LLC

Before the Court is Amazon.com, Inc.'s ("Amazon") Motion to Compel Rule 30(b)(6) Deposition of Plaintiff Parallel Networks, LLC ("Parallel"), filed February 18, 2011. After considering the Motion, the Response in Opposition thereto, the evidence, and any further briefing, the Court finds that Amazon's Motion to Compel should be and is GRANTED. Accordingly, it is

ORDERED that Amazon's Motion to Compel Rule 30(b)(6) Deposition of Parallel is GRANTED. It is further

ORDERED that Parallel shall identify a designee and, within five (5) business days of this Order, submit to Rule 30(b)(6) deposition on all topics identified by Amazon in its December 21, 2010 Notice.