IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **PARALLEL NETWORKS, LLC** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:10cv111 |
| | § | PATENT CASE |
| **ABERCROMBIE & FITCH CO., ET AL.** | § | |
| | § | |
| Defendants | § | |
| | § | |

## ORDER

Before the Court is Defendant Ebay Inc.'s ("Ebay") Motion to Dismiss the Second Amended Complaint Under Rule 12(b)(6). (Docket No. 182). On October 25, 2010, Ebay was dismissed from this action. *See* Docket No. 277. Accordingly, Ebay's Motion is **DENIED as MOOT.**

**So ORDERED and SIGNED this 9th day of March, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**