**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **PARALLEL NETWORKS, LLC** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:10cv111 |
| | § | PATENT CASE |
| **ABERCROMBIE & FITCH, ET AL.** | § | |
| | § | |
| Defendants | § | |

**ORDER**

Before the Court is Defendants' Emergency Motion (Doc. No. 581) to which Plaintiff has responded (Doc. No. 566). On August 12, 2011, the Court entered an Order granting summary judgment of non-infringement in favor of certain Defendants (Doc. No. 566). Since that time, Plaintiff has amended its infringement contentions and is now moving the Court to vacate its order granting summary judgment based on those amended contentions (Doc. No. 592). Meanwhile, Defendants' claim construction brief is due September 16, 2011 and the *Markman* hearing is scheduled for October 13, 2011.

After review of the parties' positions, the Court **STAYS** the remaining deadlines in the current Docket Control and Discovery Orders. Also, the *Markman* hearing currently scheduled on October 13, 2011 is cancelled in lieu of a status conference with all parties to determine how this case should proceed. At the October 13, 2011 status conference, the Court will hear argument on all pending motions. The parties further **ORDERED** to meet and confer regarding how this case should proceed and to not file any new motions until after the scheduled hearing in October.

**So ORDERED and SIGNED this 20th day of September, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**