UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PARALLEL NETWORKS, LLC, §<br>§<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>ABERCROMBIE & FITCH CO., *et al.,* §<br>§<br>*Defendants.* §<br>§ | Civil Action No. 6:10-cv-111-LED<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S AND DEFENDANT'S STIPULATED
MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Parallel Networks, LLC ("Parallel") and Defendant AOL Inc. ("AOL") pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims asserted by Parallel against AOL and all counterclaims asserted by AOL against Parallel with Prejudice, with each Party to bear its own costs, expenses, and attorneys' fees. Notwithstanding this dismissal with prejudice of AOL's counterclaims, the Parties hereby agree and stipulate that AOL shall have the right to challenge in any way the infringement, validity, and enforceability of U.S. Patent No. 6,446,111 (the "'111 Patent") in defense to a suit or assertion of any claim relating to the '111 Patent brought against AOL.

Dated: June 26, 2014

Respectfully submitted,

| **BUETHER JOE & CARPENTER, LLC** | **FINDLAY CRAFT, P.C.** |
|---|---|
| By: */s/ Brian A. Carpenter*<br>Brian A. Carpenter<br>State Bar No. 03840600<br>Brian.Carpenter@BJCIPLaw.com<br>Eric W. Buether<br>State Bar No. 03316880<br>Eric.Buether@BJCIPLaw.com<br>Christopher M. Joe<br>State Bar No. 00787770<br>Chris.Joe@BJCIPLaw.com<br><br>1700 Pacific Avenue<br>Suite 4750<br>Dallas, Texas 75201<br>Telephone:     (214) 466-1273<br>Facsimile:      (214) 635-1829<br><br>***ATTORNEYS FOR PLAINTIFF***<br>***PARALLEL NETWORKS, LLC*** | By: */s/ Corrine M. Saylor*<br>Brian Craft<br>State Bar No. 04972020<br>bcraft@findlaycraft.com<br>Eric H. Findlay<br>State Bar No. 00789886<br>efindlay@findlaycraft.com<br><br>102 North College Avenue<br>Suite 900<br>Tyler, TX  75702<br>Telephone:  (903) 534-1100<br>Facsimile:   (903) 534-1137<br><br>Floyd R. Nation\|<br>State Bar No. 14819500<br>FNation@winston.com<br>**WINSTON & STRAWN LLP**<br>1111 Louisiana, 25th Floor<br>Houston, TX  77002<br>Telephone:     (713) 651-2600<br>Facsimile:      (713) 651-2700<br><br>Vivian S. Kuo *(Pro Hac Vice)*<br>VKuo@winston.com<br>Corrine M. Saylor *(Pro Hac Vice)*<br>CSaylor@winston.com<br>**WINSTON & STRAWN LLP**<br>1700 K. St. N.W.<br>Washington, DC 20006<br>Telephone:     (202) 282-5000<br>Facsimile:      (202) 383-5100<br><br>***ATTORNEYS FOR DEFENDANT***<br>***AOL INC.*** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.3 on this 26th day of June, 2014. Any other counsel of record will be served by electronic mail and first class mail

*/s/ Brian A. Carpenter*
Brian A. Carpenter