IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GORDON HUYSER, INDIVIDUALLY § <br> AND AS REPRESENTATIVE OF § <br> THE ESTATE OF NANCY GWEN § <br> HUYSER, DECEASED § <br> § <br> VS § <br> § <br> FORD MOTOR COMPANY § | CIVIL ACTION NO. 2:13-280 |

## MEDIATOR'S REPORT TO THE COURT

A mediation conference was held on June 24, 2014. All necessary attorneys were present and participated. The case did not settle.

Signed this 24th day of June, 2014.

/s/ Richard Grainger
Richard Grainger, Mediator
State Bar No. 08286000
**LAW OFFICES OF RICHARD GRAINGER**
P. O. Box 491
Tyler, Texas 75710
903.595.3514
903.595.5360 fax
e-mail: graingerpc@aol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 24th day of June, 2014. Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Richard Grainger
Richard Grainger